

FILED
DISTRICT COURT OF GUAM

MAY 10 2024

JEANNE G. QUINATA
CLERK OF COURT

# UNITED STATES DISTRICT COURT
for the
District of Guam

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
A Purple Samsung Galaxy S22 Ultra 5g, Model SM-S908U1, )
IMEI 350319816285233, currently located at the Homeland )
Security Investigations Guam Field Office (See Attachment A )

Case No. MJ- 24-00058

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
A Purple Samsung Galaxy S22 Ultra 5g, Model SM-S908U1, IMEI 350319816285233, currently located at the Homeland Security Investigations Guam Field Office. Property is further described in Attachment A.

located in the _____ District of _____Guam_____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B which is incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Sections 2422(b) and 1470 | Coercion and enticement of a minor and transfer of obscene material to minors |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Steve Cavitt, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/10/24

_____
*Judge's signature*

BP

City and state: Hagatna, Guam

MICHAEL J. BORDALLO, U.S. Magistrate Judge
*Printed name and title*

ORIGINAL

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A SEARCH WARRANT

I, Steve Cavitt, being duly sworn, depose and state that the following is true to the best of my information, knowledge, and belief:

## A.  Introduction and Agent Background

1. I am a Special Agent with United States Immigration and Customs Enforcement, Homeland Security Investigations (HSI), and I am authorized to conduct investigations into violations of Federal law including: the smuggling of narcotics, weapons and various types of contraband; financial crime and export enforcement issues; cybercrime; child exploitation; immigration crime; human rights violations; human trafficking and smuggling, national security and gang investigations. I have been employed with HSI since January 14, 2008. Prior to employment with HSI, I was employed as a police officer in Wichita, Kansas from 1997 to 2008.

2. As part of my duties, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A. I have received training and instruction in the field of investigation of child pornography and have had the opportunity to participate in investigations relating to the sexual exploitation of children. As part of my training and experience, I have reviewed images containing child pornography in a variety of formats (such as digital still images and video images) and media (such as digital storage devices, the Internet, and printed images).

3. I have worked with agents involved in numerous investigations involving the sexual exploitation of children or the distribution, receipt, and possession of child pornography. I have executed and participated in searches of premises and assisted in gathering evidence pursuant to search warrants, including search warrants in multiple child pornography investigations. I have

conducted interviews of persons who possess, distribute, and/or produce child pornography.

4. This affidavit is submitted in support of an application for a search warrant for a Purple Samsung Galaxy S22 Ultra 5g, model SM-S908U1, IMEI 350319816285233, hereinafter referred to as SUBJECT DEVICE, seized from RAYMOND T. TAMMED. SUBJECT DEVICE is currently stored at Homeland Security Investigations Guam.

5. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Sections 2242(b), that is, coercion and enticement of a minor, and 1470, transfer of obscene material to minors, are presently located on SUBJECT DEVICE.

6. The information contained within the affidavit is based on my training and experience, as well as information imparted to me by other law enforcement officers involved in this investigation.

B. **Relevant Statutes**

7. This investigation concerns alleged violations of Title 18, United States Code, Sections 2422(b) and 1470, relating to coercion and enticement of a minor and transfer of obscene material to minors.

8. Title 18 U.S.C. § 2422(b) & 2, makes it a federal crime for any person, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so.

2

9. Title 18 U.S.C. § 1470 & 2, makes it a federal crime for any person, using the mail or any facility or means of interstate or foreign commerce, knowingly transfers obscene matter to another individual who has not attained the age of 16 years, knowing that such other individual has not attained the age of 16 years, or attempts to do so.

C. **INFORMATION RELATING TO WHISPER AND WHATSAPP:**

WHISPER MESSAGING APPLICATION

10. Whisper is a proprietary Android and iOS mobile app available without charge. It is a form of anonymous social media, allowing users to post and share photo and video messages anonymously. The postings, called "whispers", consist of text superimposed over an image, and the background imagery is either automatically retrieved from Whisper's own search engine or uploaded by the user. The app, launched in March 2012, is the main product of the media company WhisperText, Inc.

WHATSAPP MESSENGER APPLICATION

11. WhatsApp Messenger is a US-based proprietary, cross-platform messaging subscription service for smartphones, owned by Facebook. Users must register an actual mobile phone number to send and receive WhatsApp messages. As of August 2015, end-to-end encryption (E2E) is available on all seven platforms WhatsApp supports (Android, iOS, Blackberry, Blackberry 10, Windows Phone, S40, and S60). One-to-one WhatsApp text messages, from any E2E-enabled client, will be encrypted even across platforms.

12. WhatsApp stores device information such as the model, operating system, operating system version, mobile device phone number, and mobile network information of devices used in conjunction with the service. They also collect unique device identifiers such as the Media Access Control (MAC) address and the International Mobile Equipment Identifier

(IMEI) or Mobile Equipment Identifier (MEID) of devices used to access WhatsApp.

13. In my training and experience, evidence of who was using an application account may be found in address books, contact or buddy lists, email addresses in the account, and attachments to electronic messages, including pictures and files.

D. **BACKGROUND OF INVESTIGATION AND PROBABLE CAUSE**

14. On or about May 2, 2024, while acting in an undercover capacity, Air Force Office of Special Investigations (OSI), Detachment 602 and Homeland Security Investigations Guam, began conducting an online undercover operation in the District of Guam designed to identify and target adult individuals who were seeking to contact and engage in illegal sexual activity with minor children. While working in an undercover capacity, SA Danny Scarola created an online persona using a particular online social networking application. Based on my training and experience, I know that this particular application allows individual users to meet online, engage in conversation, and exchange photos. SA Scarola assumed the persona of a 13-year-old female child while located on Andersen Air Force Base, Yigo, Guam.

15. On or about May 6, 2024, the Undercover Investigator received a message from user "Garden_Wiz". The initial messages exchanged between the subject and the Undercover Investigator are included verbatim below. "Garden_Wiz" initiated communication in response to SA Scarola's post on the application.

16. In the verbatim transcript of the initial communication below, the Undercover Investigator is identified as "UC" and the subject, later identified as **RAYMOND T. TAMMED** is identified as "Subject:"

> Subject: You a women?
> Subject: Looking for a friend? What's your interest?
> UC: Hi yea
> UC: Im a little younger tho. Also I'm charlotte btw (smiling emoji)

4

UC: Dun wan u to be mad
Subject: Younger meaning? And I'm Ray
UC: Ya
UC: Hi ray!
Subject: Hi
Subject: Nice to meet you
Subject: So how old are you than?
Subject: ??
UC: I'm 13 plz dun be mad at men
UC: Hey sry
UC: Me
Subject: Holy shit
Subject: Aren't you suppose to be in school?
Subject: And I ain't trying to get arrested or anything
Subject: Thought you were someone of age looking for sex like I was
UC: oh this is for sex? Omg I'm sry
Subject: I'm sure your still a virgin since your still young
UC: Oh no I'm not in school yet
UC: Jus got her a few nights ago
UC: Here*
UC: I m a virgin ya but have dun other stuff
Subject: Yea looking for sex
UC: n meet boys
UC: mayb this is why my friends told me abt it
Subject: Your friends told you about this so you can have sex?
Subject: What other stuff?
Subject: Like?
UC: My dad is air force n I'm staying on base atm
UC: Wel they told me abt whisper n what u can go n do on it
Subject: I see. What about your mom? She here as well?
Subject: So if your on this app what are your interest?
UC: mom is out as well as dad bc of house hunting and all that
UC: So I'm stuck n bored on Andersen
Subject: So what are you looking for on this app?
UC: prolly same as every1 else (shrugging emoji)
Subject: Sex?
UC: well I dun no if I should tell u bc I dun even no if u can get on base
UC: I'm 13 so I dun rlly no too much
Subject: And you said you are a Virgin but have done stuff
Subject: Stuff like what?
Subject: Cant get on base anymore.
Subject: But just let me. It won't hurt
UC: aww okk
UC: Tell u wat? These msgs r jumbled sry lol
UC: …nothing
UC: But if ur not mil then wat r u? Thot this island was mostly military

5

Subject: What's up?
UC: I'm confused
Subject: And no there still plenty places you can go
Subject: But what else did you do besides sex?
Subject: I was a dependent as well
UC: O cool u no the military life
UC: jus learned hafa adai hehe
UC: R u from here?
Subject: Yes I know the military life. Lol
Subject: And yea I'm from here
Subject: LOl. Nice
UC: well can u come on base or not (upside down emoji)
Subject: So since your parents are house hunting does that mean your home by yourself?
Subject: You should tell them to look for a place off base
UC: yep all by myself
Subject: You got a pic of yourself I can see?
UC: which is y i was jc if u had base access
Subject: All by yourself. Must be lonely. If I could come on base what would you have me do?
UC: Yeh idk if we will live on base or not. Y should we go live off base?
Subject: I like to think I am
Subject: So you can experience living off base
Subject: And I can meet you. Lol
UC: Oh ok who know (shrugging emoji) that's a parent thing not me hehe
UC: aww that's nice ur sweet
UC: u wanna meet me that sounds fun
Subject: And fun in my case is sex so I'm not sure what your fun is. lol
UC: But I dun no if ur going to come on base or not
Subject: And you haven't answered my question. You haven't had sex so what have you done?
UC: that's personal lol I dun even have a pic of u strangerrrrr
UC: But I did some stuff with my ex but it was lame but then again with an older guy n he made me tingle a lot
Subject: You sure that's you? Lol
Subject: How older?
Subject: And I ask you for a pic first. Lol
UC: ha fair enuf (smiling emoji)
Subject: And I'm guessing with your ex he a virgin so he don't know what to do. Lol
Subject: I'm 27
UC: (Posted Photo)
UC: Hiiiii (waving emoji)
UC: yea he was 13 too
UC: Dun be mean. Ya that's me (eye roll emoji)
UC: let's see u then so I can say "u sure that's u"
UC: That was me on Easter btw
Subject: I'm not trying to be mean. I'm being honest by asking if it's really you. I mean

6

you can be sending me someone else's picture saying that's you. Lol
UC: yeh that's me. Ppl do that?! Wth
Subject: How about a pic right now. A selfie
Subject: Yes people do that
Subject: That's a pic of right now
Subject: I'm just being cautious
Subject: I can send you a selfie after you send me a selfie
UC: Wbu now
UC: I dun play games Ray. If I did I'd go meet boys my own age
Subject: Neither do i
UC: U look important
UC: seems u do
Subject: But here's a pic of me right now
Subject: (Posts a Selfie Picture)
UC: Sry jus got to the library
UC: Ohh (heart eyes emoji) ur cute
UC: Y do u have a coat on lol it's so hot here
UC: Ur needy but fineeeeeeee
Subject: So are you but can I see a selfie?
Subject: Visitors pass to get on base?
Subject: I have a coat on cause inside the building is cold. Lol
UC: dun be mean bc boys at my last school were
UC: Where do you work? Had to get a visitor pass sry for delay
Subject: Damn your sexy
Subject; Library? What's you doing there?
UC: wantd to read n get away for a lil bit
UC: no library visitor pass
Subject: Well that's why they are boys cause they don't know jack
Subject: And I'm a manager for a company no big deal
UC: (Posted Photo)
Subject: I ain't being mean. Sorry if that's how you feel
UC: Jus now okkkkkkk
UC: I was jus sayin how I look boys r mean
UC: Well it was a nice feeling tingle
Subject: So he ate your pussy?
Subject: As coming from me. You super sexy
UC: Y thank u (smirking emoji)
Subject: Nice blue eyes
Subject: So a guy made you tingle before? That's all?
UC: awwwww that's so nice
Subject: If I'm being honest I'd love to fuck you. That's me being honest.
Subject: Will you allow me to do that?
UC: Yeh I think that's what he said he wanted to do n did
UC: so yeh
Subject: So if I can. Can I eat you?
Subject: And fuck you?

7

Subject: Why didn't the last guy have sex with you tho?
UC: As long as you're gentle I think it would hurt (shrugging emoji)
UC: does that mean sex? Lol sry
UC: (heart eyes emoji)
Subject: Yes
UC: I dun think he had protection
Subject: So you want protection than
Subject: I'm up for that
Subject: Can you send me some sexy pic of yourself? (winking emoji)
UC: I dun no wat that means
Subject: Pictures of yourself
Subject: Nude?
Subject: Still there?
UC: I can hit u up later wen my parents are gone again
UC: Hi! Sry was talking to sum friends!
Subject: And I see. Making friends fast huh?
Subject: Oh? Your parents are there?
UC: they're in and out but will be going out tonight all night to meet with old friends sooooo yea all alone (upside down emoji)
UC: jus some other girl who jus got here too
UC: I can maybe do sumthing like that
Subject: You can't go off base?
UC: no car silly
UC: unless u can get on
Subject: And you gonna be all alone than you can't ask to go to the mall or something and get dropped by your parents?
UC: I saw a few boys walk to the visitor center too for rides
UC: the base one (shrugging emoji)
Subject: Front gate?
Subject: And yea I can come there when I get off to pick you up if you want
UC: Wat time do u get off tho
Subject: 1900
Subject: Only day off will be Sunday
Subject: To the visitor center right? Outside the gate?

17. At about 4:00 pm, HSI SA Steve Cavitt assumed the UC role from SA Scarola and began messaging with Garden_Wiz on the particular social media application. SA Cavitt began to exchange messages with the subject on the app which are included verbatim below. "Garden_Wiz" initiated communication in response to SA Cavitt's post on the application:

UC: yea right next to gate (upside down emoji)
UC: Is that 6 or 5
Subject: I can pick you up if that's what you want

Subject: Ok. So your parents ok with you going or strolling?
UC: I am 13 I can do what I want lol (smirking emoji)
UC: My parents will be out all night (devil emoji)
Subject: All night meaning all night? Like till midnight? So I can drop you back and you just walk in thru with your ID? And that's it?
Subject: So about that picture I was asking. You got any?
UC: What time will u be here
UC: Jus so I know wen to be there
Subject: As soon as I get off. So maybe around 6ish to 7 tonight
Subject: You got whatsapp?
UC: Ya hmu xxxxxx0096
Subject: I messaged

18. Once the conversation moved over to WhatsApp, the subject began texting from +1(671) 488-2320 to the undercover investigator phone, (xxx) xxx-0096. OSI SA James Holt conducted a law enforcement data base check on the telephone number +1(671) 488-2320, which further identified the telephone number was attributed to **RAYMOND T. TAMMED**. A general internet search of the name "Raymond TAMMED" identified **TAMMED** as a Government of Guam, Department of Corrections Officer I.

19. The undercover investigator advised the subject she was a 13-year-old female child. During the communications, the subject was told of the child's age multiple times. As the communications continued, they turned sexual in nature. It should be noted the subject was the one who introduced the sexual content into the chat session. Below are excerpts of chats referencing the age of the Undercover Investigator:

UC: Im a little younger tho. Also I'm charlotte btw (smiling emoji)
Subject: So how old are you than?
Subject: ??
UC: I'm 13 plz dun be mad at men

Subject: And I'm guessing with your ex he a virgin so he don't know what to do. Lol
Subject: I'm 27
UC: (Posted Photo)
UC: Hiiiii (waving emoji)
UC: yea he was 13 too

9

Subject: I can pick you up if that's what you want
Subject: Ok. So your parents ok with you?
UC: I am 13 I can do what I want lol (devil emoji)

20. Below are additional excerpts from the conversation between the subject and the Undercover Investigator that reflect the subject's state of mind and intentions:

Subject: So if I can. Can I eat you?
Subject: And fuck you?

Subject: So you want protection than
Subject: I'm up for that
Subject: Can you send me some sexy pic of yourself? (winking emoji)
UC: I dun no wat that means
Subject: Pictures of yourself
Subject: Nude?

Subject: So you can experience living off base
Subject: And I can meet you. Lol
UC: Oh ok who know (shrugging emoji) that's a parent thing not me hehe
UC: aww that's nice ur sweet
UC: u wanna meet me that sounds fun
Subject: And fun in my case is sex so I'm not sure what your fun is. Lol

21. The subject requested the UC to exchange pictures of the UC to the subject and during the exchange of WhatsApp messages the subject sent a picture of a penis with dark brown complected skin. The subject claimed the image he sent was of his penis. The subject also sent a photo of himself that appeared to be a self-taken "selfie" and shows an adult male consistent with the individual who later traveled to the Andersen Air Force base Visitors Center and was identified as **RAYMOND T. TAMMED**.

22. **RAYMOND T. TAMMED** continued communicating with the Undercover Investigator. When **TAMMED** advised he wanted to meet the 13-year-old child, **TAMMED** stated he wanted to perform oral sex on the child and have vaginal sex with the child, and that he would use protection. These communications were between the Undercover Investigator and **TAMMED** via an online social networking application. On or about May 6, 2024, **TAMMED**

was provided with the meet location of Andersen Air Force Base Visitors Center. **TAMMED** sent message to the UC when he arrived at the visitor center and said that he was in a Nissan and was parked with his lights on.

23. At around 7:55 p.m. that same day, **TAMMED** was located in a 2019 charcoal gray Nissan Sentra, License plate TU4751, in the parking lot of Anderson Air Force Base visitor's center, in possession of the SUBJECT DEVICE. TAMMED was arrested and SUBJECT DEVICE seized by agents.

E. <u>**Digital Media**</u>

24. Based on my knowledge, training and experience, and information related to me by other law enforcement officers involved in the investigation of child sexual exploitation offenses, I know digital devices include cellular telephones, tablets, email devices, and personal digital assistants, which usually provide internet and cellular network access. Digital media devices are capable of storing content and data including, but not limited to, numbers (phone numbers and names associated with those numbers), text (in the form of text messages, personal reminders, etc.), picture files (jpeg, gif, bmp, dib, jpg, etc.), music files (midi, wav, mp3, mp4, etc.), movie files (mpg, mpeg, aif, mov, ram, etc.), web history and application data, and any other data capable of being stored on a digital communications device or accompanying removable media; all of which can be reasonably expected to be seized from the digital communication device. Based on my training and experience, individuals who use social networking sites often do so using multiple digital media platforms and a variety of software applications. These include, but are not limited to, social networking websites/applications, internet message boards/forums, and photo/video sharing webpages.

25. I also know many electronic devices have cellular and internet capabilities. Due to

11

these technological advancements, electronic devices that possess cellular and internet features are able to use mobile Wi-Fi hotspots. Mobile hotspot capability allows for wireless data from a cellular provider to be utilized to provide internet access to other devices such as cellular devices, computers, tablets, and other Wi-Fi enabled devices. I know connecting a laptop or other device to a mobile hotspot will result in a cellular service provider IP address. The specific IP address used by a given device if often retained within application databases or activity logs on the device, providing a link between a given device and a specific IP address long after the date of the internet activity.

26. Furthermore, based on my training and information provided to me by agents specialized in digital forensics, I know that, when a user visits and logs into a website, various digital artifacts are created. Specifically, when a user uses a computer (including desktop, laptop, and tablet computers) to log into a given website, the computer automatically creates files that can be used to retroactively document visits to specific websites. Files such as LNK files contain metadata which can reveal the date and time of access and network information. Such files may not be readily visible to the user and can remain on the system unless sophisticated techniques are used to delete them. These and similar artifacts can help establish if a user visited certain websites during given periods.

<u>FORENSIC EVIDENCE</u>

27. As further described in Attachment B, this application seeks permission to locate not only electronically stored information that might serve as direct evidence of the crimes described on the warrant, but also forensic evidence that establishes how the SUBJECT DEVICE was used, the purpose of its use, who used it, and when. There is probable cause to believe that this forensic electronic evidence might be on the Device because:

a. Data on the storage medium can provide evidence of a file that was once on the storage medium but has since been deleted or edited, or of a deleted portion of a file (such as a paragraph that has been deleted from a word processing file). Virtual memory paging systems can leave traces of information on the storage medium that show what tasks and processes were recently active. Web browsers, e-mail programs, and chat programs store configuration information on the storage medium that can reveal information such as online nicknames and passwords. Operating systems can record additional information, such as the attachment of peripherals, the attachment of USB flash storage devices or other external storage media, and the times the computer was in use. Computer file systems can record information about the dates files were created and the sequence in which they were created.

b. Forensic evidence on a device can also indicate who has used or controlled the device. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.

c. A person with appropriate familiarity with how an electronic device works may, after examining this forensic evidence in its proper context, be able to draw conclusions about how electronic devices were used, the purpose of their use, who used them, and when.

d. The process of identifying the exact electronically stored information on a storage medium that are necessary to draw an accurate conclusion is a dynamic process. Electronic evidence is not always data that can be merely reviewed by a review team and passed along to investigators. Whether data stored on a computer is evidence may depend on other information stored on the computer and the application of knowledge

about how a computer behaves. Therefore, contextual information necessary to understand other evidence also falls within the scope of the warrant.

e. Further, in finding evidence of how a device was used, the purpose of its use, who used it, and when, sometimes it is necessary to establish that a particular item is not present on a storage medium.

## NATURE OF EXAMINATION

28. Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant I am applying for would permit the examination of the device consistent with the warrant. The examination may require authorities to employ techniques, including but not limited to computer-assisted scans of the entire medium, that might expose many parts of the device to human inspection in order to determine whether it is evidence described by the warrant.

## MANNER OF EXECUTION

29. Because this warrant seeks only permission to examine a device already in law enforcement's possession, the execution of this warrant does not involve the physical intrusion onto a premises. Consequently, I submit there is reasonable cause for the Court to authorize execution of the warrant at any time in the day or night.

F. **Conclusion**

30. Based on the investigation described above, probable cause exists to believe that TAMMED used the SUBJECT DEVICE to communicate with the Undercover Investigator who had assumed the persona of a 13-year-old female child. Due to the persistence of data, there is probable cause to believe that digital artifacts (in the form of file system data; metadata; device activity logs; stored/retained user activity data; login/account credentials; application/program access, download, installation, and deletion history; search and site visit history; browser

"favorites" history; internet access/activity and IP address history) will be present on the SUBJECT DEVICE. As such digital artifacts would serve to further connect TAMMED to the SUBJECT DEVICE and applications used to communicate with the Undercover Investigator and possibly others. These would constitute evidence, fruits, and instrumentalities of a violation of Title 18, United States Code, Sections 2422(b) and 1470.

31. I, therefore, respectfully request that the attached warrant be issued authorizing the search and seizure of the locations and items described in Attachment A for the items listed in Attachment B.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

_____
Steven Cavitt, Special Agent
Homeland Security Investigations

15

Case 1:24-mj-00058   Document 1   Filed 05/10/24   Page 16 of 20

## ATTACHMENT A

### PROPERTY TO BE SEARCHED

The property to be searched is a purple Samsung Galaxy S22 Ultra 5g, model SM-S908U1, IMEI 350319816285233 ("SUBJECT DEVICE"). This cellphone was seized from **Raymond T. TAMMED** and is currently in the custody of Homeland Security Investigations Guam. This warrant authorizes the forensic examination of the SUBJECT DEVICE for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

## ITEMS TO BE SEARCHED FOR AND SEIZED

1. This warrant authorizes the search of the devices listed in Attachment A for evidence constituting evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Sections 2242(b) & 2 and 1470, including, but not limited to, the following:

   a. User-attribution data to include data reflecting who used or controlled the devices on and between May 2, 2024 and May 7th [6th SDC], 2024. User-attribution data includes registry information, computer logs, user profiles and passwords, web-browsing history, cookies, electronic mail stored on the computer or device, electronic address books, calendars, instant messaging logs, electronically-stored photographs and video, file structure and user-created documents, including metadata.

   b. GPS, mapping, and other location information that would indicate the location of the device on May 7 [6 SDC], 2024.

   c. Evidence of utilization of the Whisper and WhatsApp applications from May 2, 2024 to May 7 [6 SDC], 2024.

   d. Evidence of the utilization of the account name "Garden_Whiz" from May 2, 2024 to May 7 [6 SD], 2024.

   e. Any media depicting images shared via the Whisper and WhatsApp applications from May 2, 2024 to May 7 [6 SDC], 2024 during conversations with the undercover agent.

   f. Any media (and metadata thereof) constituting child pornography or otherwise depicting children in a manner so as to arouse prurient interests, including child

17

erotica and depictions of children in erotic, sexual, or nudist poses, settings, or contexts.

g. Any data (and metadata thereof), including videos, pictures, files, text documents, websites, browser history, constituting, referencing, or indicating animated or textual depictions of children in sexual, erotic, or nudist poses, settings, or contexts.

h. Any communications (and metadata and associated data thereof), regardless of direction or location, in which child exploitation materials and offenses are discussed and/or traded or contain references to material described to contextually indicate potentially illicit content (such as, but not limited to, "taboo", "no limits", "pervy", "loli", "shota", or "jail bait").

i. Any internet or cellular telephone communications (including e-mail, social media, online chat programs, etc.) with minors.

j. Evidence of software that would allow others to control the cellular telephones, such as viruses, Trojan horses, and other forms of malicious software.

k. Evidence of the attachment to cellular telephones of other storage devices, disks, CD-ROMs, or similar containers for electronic evidence.

l. Data relating to the install date, version, user accounts, and user activity, of the devices' operating system(s) and any applications (including social media, filesharing, chat/messaging, and pornographic application) that could be used for the receiving, storage, distribution, or viewing of digital files or media.

18

m. Any internet browsing or website access history data revealing the search for, or viewing of, websites or information related to child pornography or child erotica (visual or textual).